FILED
SEP -7 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO. 2:06cr215-MEF |
|---|---|---|
| v. | ) | [21 USC 846] |
| ALBERTO VILLAREAL, HARRY EDWARD JONES, III, and SANTO COLEMAN | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from an unknown date, and continuing until on or about August 8, 2006, the exact dates being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**ALBERTO VILLAREAL,
HARRY EDWARDS JONES, III and
SANTO COLEMAN,**

defendants herein, did knowingly and intentionally conspire, combine and agree together and with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute, approximately 3 kilograms of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation as alleged in Count 1 of this indictment, the defendants,

**ALBERTO VILLAREAL,
HARRY EDWARDS JONES, III and
SANTO COLEMAN,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this indictment.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841 and 846.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*Terry F. Moorer*
TERRY F. MOORER
Assistant United States Attorney