IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. : 2:06cr215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | | |
| SANTO COLEMAN | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for 27 September 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoners: HARRY EDWARD JONES, III and SANTO COLEMAN before the United States District Court at Courtroom 5-A, on the 27th day of September, 2006, at 10:00 a.m.

DONE, this the 8th day of September, 2006.

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

By: /s/
Deputy Clerk

cc:   Harry Edward Jones, III
      Santo Coleman
      Russell Turner Duraski
      Joe Morgan Reed
      United States Attorney
      United States Pretrial Services
      United States Probation Office