IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 2:06-cr-215-3-MEF |
| ) | |
| ) | |
| SANTO COLEMAN ) | |

### ORDER

This cause is before the Court on the Notice of Appeal of Order of Detention filed by Defendant Santo Coleman ("Coleman"). Coleman appeals the decision of the Magistrate Judge detaining him without bail prior to trial and pursuant to 18 U.S.C. § 3145(b). The Court has carefully considered the merits of the appeal. It is hereby ORDERED that the decision of the Magistrate Judge to detain Coleman without bail prior to trial is AFFIRMED. Accordingly, Coleman's motion to set aside the Magistrate Judge's Order of Detention is DENIED.

DONE this the 12th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE