IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**ORDER**

Upon consideration of defendant's motion to unseal terms and conditions of release (Doc. # 25), filed September 5, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

1. The order setting conditions of release for defendant Alberto Villarreal-Guarjardo (Doc. # 10) entered on August 9, 2006 shall be copied, with any personal information redacted (address and telephone number), and produced to attorney Joe Reed, Jr. only.

2. As to the original order setting conditions of release, the document shall remain sealed until further order of this court.

DONE, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE