**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.2:06-mj-79-SRW |
| ) | |
| **SANTO COLEMAN** ) | |

**MOTION TO TRANSCRIBE RECORDING OF DETENTION HEARING**

Now comes the defendant, by and through the undersigned and hereby moves this honorable court to transcribe the recording of the defendant's detention hearing, and allow the defendant to access such transcription upon completion. The defendant also requests for an expeditious transcription as time is of the essence.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed
Attorney for Defendant

**Certificate of Service**

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 19th day of September, 2006.

　/s/ Joe M. Reed
Joe M. Reed