IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

## **ORDER**

Defendant filed a "motion to transcribe recording of detention hearing" in this case on September 21, 2006 (Doc. #39). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that defendant may, upon written request to the Clerk of Court, order a transcript of the detention hearing to be prepared by a contract court reporter at his own expense. Defendant is not indigent and, therefore, he is not entitled to a free transcript under 18 U.S.C. §3006A.

DONE, this 21st day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE