**COURTROOM DEPUTY MINUTES**          **DATE:**   9/27/06

**MIDDLE DISTRICT OF ALABAMA**

                                      **DIGITAL RECORDING:   10:47 - 10:49**

- ❑  **INITIAL APPEARANCE**
- ❑  **DETENTION HEARING**
- ❑  **REMOVAL HEARING (R.40)**
- √  **ARRAIGNMENT**
- ❑  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❑  **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE VANZETTA PENN MCPHERSON   DEPUTY CLERK: WANDA ROBINSON**

**CASE NO.   2:06cr215-MEF**                  **DEFT. NAME: Santo Coleman**

**USA:   Susan Redmond**                  **ATTY:   Joe Morgan Reed**

Type Counsel: √  ) Retained; (   ) Panel CJA; (   ) Waived; (   ) CDO ;

**USPTSO/USPO:**_____

**Defendant _____ does √ ___ does NOT need an interpreter; NAME**_____

---

- ❑ Kars.       Date of Arrest _____  or  ❑ karsr40
- ❑ kia.        Deft. First Appearance. Advised of rights/charges. ❑Pro/Sup Rel Violator
- ❑ Finaff.     Financial Affidavit executed ❑ to be obtained by PTS; ❑ **ORAL** Motion for Appt. Of Counsel.
- ❑ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
- ❑20appt.      Panel Attorney Appointed; ❑ to be appointed - prepare voucher
- ❑             Deft. Advises he will retain counsel. Has retained _____
- ❑             Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion;
- ❑             Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❑             **DETENTION HRG** ❑ held; ❑ set for_____; ❑ **Prelim. Hrg** ❑ Set for_____
- ❑ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❑kodtn.       **ORDER OF DETENTION PENDING TRIAL** entered
- ❑ kocondrls.  Release order entered. ❑ Deft. advised of conditions of release.
- ❑kbnd.        ❑ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)
-               ❑ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❑ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ❑ ko.         Deft. **ORDERED REMOVED** to originating district
- ❑ kwvprl.     Waiver of ❑ Preliminary hearing; ❑ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❑             Court finds **PROBABLE CAUSE** Defendant bound over to the Grand Jury.
- √ Karr.       **ARRAIGNMENT** SET FOR:_____ √ **HELD**. Plea of **NOT GUILTY** entered.
-               √ **Trial Term**   11/27/06   ; √ **PRETRIAL CONFERENCE DATE**: 10/16/06 @ 9:00
-               √ **DISCOVERY DISCLOSURES DATE**   9/29/06
- ❑ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❑ krmvhrg.    Identity/Removal Hearing set for _____
- ❑ Kwvspt      **Waiver of Speedy Trial Act Rights Executed.**