IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.2: 06-CR-215 |
| SANTO COLEMAN | ) | |

### MOTION TO REQUIRE THE GOVERNMENT TO REVEAL ANY AGREEMENT ENTERED INTO BETWEEN THE GOVERNMENT AND ANY PROSECUATION WITNESSES THAT COULD CONCEIVABLY INFLUENCE THE WITNESSES' TESTIMONY

The defendant moves the Court to require the United States Attorney to respond in writing as to any deals or considerations made between the prosecution's witnesses, and the Government, including

1. Whether Alberto Villarreal, in return for testifying in this case, has received any considerations in 2:06-cr-215, presently pending in the U.S. District Court for the Middle District of Alabama.

2. Whether Alberto Villarreal, in return for testifying in this case and participating in a controlled delivery which resulted in the arrest of Santo Coleman received any considerations, including but not limited to a neutral position taken by the United States Attorney's Office as it relates to the detention of Alberto Villarreal after his arrest, and in his case presently pending in the US District Court for the Middle District of Alabama.

The defendant specifically moves for the prosecution to respond in writing and further moves the Court to require the prosecution to reveal any other promises of leniency or consideration given to the prosecution's witnesses, Alberto Villarreal, of which the defendant has no specific knowledge.

Respectfully Submitted

\_\_\_/s/ Joe M. Reed_____
Joe M. Reed
Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 11th day of October, 2006.

\_\_/s/ Joe M. Reed_____
Joe M. Reed