| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:07 - 9:20 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr215-MEF    **DEFENDANT(S):** Santo Coleman / Harry Edward Jones, III

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | Harry Edward Jones, III -Rodney Caffey |
| Terry F. Moorer | * | Joe Morgan Reed -Santo Coleman |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**

| COLEMAN: | JONES: |
|---|---|
| Motion to Sever | Motion to Dismiss |
| Motion for Disclosure | Motion to Set Bond |
| Motion to Dismiss | Petition(Motion) for Hearing to Dismiss |
| 3rd Motion for Bond | Motion for Disclosure of Informant |
| | Motion to Reveal Information |
| | Motion In Limine |

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**    Possible Trial

2 and ½ Days for Trial

☐ **REMARKS:** Government to Disclose Informant, file Objections or Notify Intent to Use Informant at trial by 10/20/06 - COURT TO ISSUE ORDER

Court to Review Motions