IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| SANTO COLEMAN | ) | |

**RESPONSE TO MOTION TO DISMISS INDICTMENT**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned response, and as reasons therefore, submits the following:

1. The instant case arises from a routine traffic stop which led to the seizure of approximately 3 kilograms of cocaine from defendant Villareal on August 8, 2006. Defendant Villareal decided to and did cooperate with authorities by making a controlled delivery of the cocaine to the defendants. The Grand Jury for the Middle District of Alabama returned a 1 count indictment against the defendants alleging their involvement in a conspiracy to possess with intent to distribute the 3 kilograms of cocaine seized during the traffic stop.

2. In the instant motion, defense moves to dismiss the indictment on sufficiency of the evidence grounds. Insufficiency of evidence before the Grand Jury is not grounds to challenge the indictment. See Costello v. United States, 350 U.S. 359 (1956); United States v. Calandra, 414 U.S. 338 (1974); Anderson v. Secretary for Dept. of Corrections, 462 F.3d 1319, 1326-27 (11th Cir. 2006), quoting Costello, 350 U.S. 363 ("An indictment returned by a legally constituted and unbiased grand jury, like an information drawn by the prosecutor, if valid on its face, is enough to call for trial of the charge on the merits.") An

indictment valid on its face is not subject to challenge on the ground the grand jury acted on the basis of inadequate or incompetent evidence.  In re Grand Jury Proceedings (John Roe), 142 F.3d 1416, 1425 (11th Cir. 1998); see also United States v. Hyder, 732 F. 2d 841, 845 (11th Cir. 1984); United States v. Hodge, 496 F. 2d 87, 8 (5th Cir. 1974);.

Respectfully submitted this the 19th day of October, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| SANTO COLEMAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe M. Reed, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T