IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| SANTO COLEMAN | ) | |

**RESPONSE TO MOTION TO REQUIRE GOVERNMENT TO REVEAL
ANY AGREEMENT ENTERED INTO BETWEEN THE GOVERNMENT
AND ANY PROSECUTION WITNESSES THAT COULD CONCEIVABLY
INFLUENCE THE WITNESS' TESTIMONY**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned response, and as reasons therefore, submits the following:

1. The instant case arises from a routine traffic stop which led to the seizure of approximately 3 kilograms of cocaine from defendant Villareal on August 8, 2006. Defendant Villareal decided to cooperate with authorities by making a controlled delivery of the cocaine to the defendants. Defendant Villareal understood his cooperation would be made known to the prosecutor and the Court but no specific promises were made to defendant Villareal.

2. At trial, the United States does not intend to call any cooperating witnesses who were paid or given consideration in exchange for their testimony. Should any witness negotiate a plea agreement with the United States, the same shall be disclosed to defense counsel.

Respectfully submitted this the 19th day of October, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T

Case 2:06-cr-00215-MEF-WC    Document 66    Filed 10/19/2006    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF-VPM |
| | ) | |
| SANTO COLEMAN | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe M. Reed, Esquire.

                                                  Respectfully submitted,

                                                  s/Terry F. Moorer
                                                  TERRY F. MOORER
                                                  Assistant United States Attorney
                                                  One Court Square, Suite 201
                                                  Montgomery, AL 36104
                                                  Phone: (334)223-7280
                                                  Fax: (334)223-7135
                                                  E-mail: terry.moorer@usdoj.gov
                                                  ASB-1176-O73T

3