IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. : 2:06cr215-MEF
                                  )
SANTO COLEMAN                     )

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 16 October 2006, before the undersigned Magistrate

Judge.  Present at this conference was Joe Morgan Reed, counsel for the defendant, and

Assistant United States Attorney Terry F. Moorer, counsel for the government.  As a result

of the conference, it is

ORDERED as follows:

1.  Jury selection is set for 27 November 2006.  The trial of this case is set for the trial

term commencing on 27 November 2006 before Chief U.S. District Judge Mark E. Fuller and

is expected to last  three trial days.

2.  The following motions are currently pending before the Court:

        a.      Motion to Sever Defendant Santo Coleman (Doc. #58);

        b.      Motion for Disclosure (Doc. #59);

        c.      Motion to Dismiss Indictment (Doc. # 60); and

        d.      Third Motion for Bond (Doc. #61).

3.  Proposed voir dire questions shall be filed on or before  20 November 2006.

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

4. All motions in limine shall be filed on or before 20 November 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 20 November 2006.

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on 15 November 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on 27 November 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on 27 November 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 24th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE