IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**ORDER**

Upon consideration of the motion to sever filed by the defendant, it is

ORDERED that a status conference be and is hereby set on November 7, 2006, at 9:30 a.m. by telephone conference call. The United States shall set up the telephone conference call.

Done this 3rd day of November, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE