# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | AT | MONTGOMERY, ALABAMA |
| **DATE COMMENCED:** 11/7/06 | AT | 9:26 a.m. to 9:32 a.m. |
| **DATE COMPLETED:** 11/7/06 | AT | Digital Recorded |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:06CR215-MEF-VPM |
| SANTO COLEMAN | * | |
| Defendant | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Terry Moorer | * | Atty. Joe Reed |
| | * | Atty. Rodney Caffey |

**COURT OFFICIALS PRESENT:**

**COURTROOM DEPUTY**: WANDA STINSON     **LAW CLERK**: CORRIE LONG

( X ) OTHER PROCEEDINGS: **TELEPHONE CONFERENCE: MOTION TO SEVER**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Telephone Status Conference 0 06cr215-MEF-VPM | | |
|---|---|---|---|
| Date | 11/7/2006 | Location | Courtroom 4B |

| Time | Speaker | Note | |
|---|---|---|---|
| 9:26:31 AM | Court | Conference call begins; parties on line as noted; Discussion as to the motion pending - Motion for severance and the request for hearing on the motion; | |
| 9:27:17 AM | Atty. Reed | Response; | |
| 9:27:30 AM | Court | Response as to clients positions and what counsel would have to show at the hearing as to severance motion; | |
| 9:27:49 AM | Atty. Reed | Response; Discussion as to testimony of the Co-Deft Jones and clients testimony; | |
| 9:28:09 AM | Court | Response; Questions as to whether Deft Jones and Deft Coleman are going to waive their 5th amendment rights?; | |
| 9:28:21 AM | Atty. Reed | Believe we are; | |
| 9:28:31 AM | Court | What reason to do you have to indicate that Mr. Jones will waive his rights; | |
| 9:28:33 AM | Atty. Reed | Response; | |
| 9:29:02 AM | Court | Have you talked with his lawyer? | |
| 9:29:04 AM | Atty. Reed | Yes sir; | |
| 9:29:05 AM | Court | Does his lawyer say that Mr. Jones would testify? | |
| 9:29:07 AM | Atty. Reed | Response; | |
| 9:29:46 AM | Court | Whose on the phone for Mr. Jones; | |
| 9:29:46 AM | Atty. Caffey | Response as to clients position; | |
| 9:30:16 AM | Court | There is no bases for the motion; | |
| 9:30:23 AM | Atty. Reed | Response; | |
| 9:30:55 AM | Court | Response as to whether Mr. Jones will testify; | |
| 9:31:17 AM | Atty. Reed | Response; | |
| 9:31:22 AM | Court | Case is set for trial on 11/27; One of the deft is a fugitive; | |
| 9:31:44 AM | Atty. Reed | Discussion as the motion for bail ; | |
| 9:32:11 AM | Court | Will take a look at that; | |
| 9:32:26 AM | Court | Court is recessed. | |