IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-00215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

## **ORDER**

Upon consideration of the third motion for bond (doc. # 61) filed by the defendant, it is

ORDERED that the motion be and is hereby DENIED.

Done this 8th day of November, 2006.


          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE