IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cr-215-MEF |
| ) | |
| SANTO COLEMAN   ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on October 23, 2006 (Doc. #73), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE of the court that defendant's motion to dismiss indictment (Doc. #60) is DENIED.

DONE this the 13th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE