IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-215-MEF |
| | ) | |
| ALBERTO VILLAREAL | ) | |
| HARRY EDWARD JONES, III, and | ) | |
| SANTO COLEMAN | ) | |
| | ) | |

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court to dismiss the Indictment without prejudice, heretofore filed in the above styled cause, **as to HARRY EDWARD JONES, III, and SANTO COLEMAN ONLY**, on the following grounds, to wit:

IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 20th day of November, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/Terry F. Moorer
    TERRY F. MOORER
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov
    ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-215-MEF |
| ) | |
| ALBERTO VILLAREAL ) | |
| HARRY EDWARD JONES, III, and ) | |
| SANTO COLEMAN ) | |
| ) | |

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rodney N. Caffey, Esquire; Tiffany Bullard McCord, Esquire; and Joe M. Reed, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. <u>2:06-cr-215-MEF</u> |
| ) | |
| ALBERTO VILLAREAL ) | |
| HARRY EDWARD JONES, III, and ) | |
| SANTO COLEMAN ) | |
| ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice, heretofore filed in the above styled cause, **as to HARRY EDWARD JONES, III, and SANTO COLEMAN ONLY**, and for good cause shown, IN THE INTEREST OF JUSTICE, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE