IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cr-215-MEF |
| | ) |
| SANTO COLEMAN | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on November 9, 2006 (Doc. #85), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to sever (Doc. #58) is DENIED.

DONE this the 21st day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE