# MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING            AT MONTGOMERY, AL

DATE COMMENCED:     11/27/06                    AT:   9:55 a.m.
DATE COMPLETED:     11/27/06                    AT:   10:45 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CR. NO. 2:06CR215-MEF |
| | § | |
| ALBERTO VILLAREAL, ET AL. | § | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry Moorer | | Christine Freeman |
| | | Rodney N. Caffey |
| | | Tiffany B. McCord |
| | | Joe M. Reed |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM  PROCEEDINGS:

( X )  **Motion Hearing**

9:55 a.m. -    Court convenes on the record in robing room with counsel to discuss the
Government's pending Motion to Continue Trial.
Court hears oral argument from parties regarding Motion to Continue Trial
and finds that the trial of this case should be continued to the February 5,
2007 trial term and the Court will GRANT Government's Motion to
Continue Trial.  Court further states that counsel for defendant's Jones and
Coleman may file a motion to reconsider their client's detention and have
it heard this week by a Magistrate Judge.

10:45 a.m. -    Court is in recess.

| COURTS EXHIBITS | UNITED STATES OF AMERICA |
| --- | --- |
| **COURTS**<br>**EXHIBITS**<br><br>CR NO. 2:06CR215-MEF | UNITED STATES OF AMERICA<br>vs<br><br>ALBERTO VILLAREAL, ET AL. |
| **MOTION HEARING** | PRESIDING JUDGE: MARK E. FULLER |
| **exhibits in separate binder with court file** | Court Reporter: JIMMY DICKENS |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- |
| YES | 11/27/06 | 11/27/06 | 1 | | | TRANSCRIPT OF PRELIMINARY DETENTION HEARING |
| YES | 11/27/06 | 11/27/06 | 2 | | | 2006 BUSINESS LICENSE, TAX FORMS, ETC. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |