IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06cr215-MEF |
| ) | |
| ALBERTO VILLAREAL,   ) | |
| HARRY EDWARD JONES, III,   ) | |
| and SANTO COLEMAN   ) | |

NOTICE OF BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars:

Through the violation of Title 21, United States Code, Section 846, as alleged in Count 1 of the indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

> Five Thousand One Hundred Fifty Two ($5,152) Dollars in United States currency seized from Harry Edward Jones, III on August 8, 2006.

Respectfully submitted this 18th day of January, 2007.

```
                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY



                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Steve Feaga, Christine Freeman, Rodney Caffey, Tiffany McCord** and **Joe Reed.**

```
                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
```