| COURTROOM DEPUTY'S MINUTES | DATE: 2/16/07 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:28 - 9:33 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Wallace Capel, Jr.   DEPUTY CLERK:** Wanda A. Robinson

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Alberto Villareal
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Harry Edward Jones, III
**CASE NUMBER:** 2:06cr215-MEF　　　　**DEFENDANT(S):** Santo Coleman

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Stephen P. Feaga | * | Alberto Villareal- Christine Freeman |
| | | Harry Edward Jones, III-Rodney Caffey, Denise Simmons |
| | * | Santo Coleman -Joe Morgan Reed |

**DISCOVERY STATUS:**　　　Complete

☐ **PENDING MOTION STATUS:**　Harry Edward Jones, III - #57 Motion in Limine
　　　　　　　　　　　　　　　　Santo Coleman - #118 Motion in Limine

☐ **PLEA STATUS:**　Possible Trial for Harry Edward Jones, III and Santo Coleman
　　　　　　　　　　Possible Plea for Alberto Villareal

☐ **TRIAL STATUS**　　　2 and ½ Days for Trial

☐ **REMARKS:** Parties to file a Joint Motion to Continue Trial by 2/21/07 which will be unopposed by the Government