IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Case No. 2:06-CR-215 |
| **SANTO COLEMAN, et al.** ) | |

### MOTION TO CONTINUE

Now comes the defendant, by and through the undersigned, and hereby moves this Honorable Court to continue to the above styled cause. As grounds for such motion the undersigned submits the following:

1. The above styled cause is set for trial on July 9, 2007 at 9:00 a.m.

2. The undersigned has a conflict in that he has to appear for a plea in the Circuit Court of Mobile, Alabama on July 10, 2007.

3. The undersigned misconstrued the dates of the two events believing that the plea in the Circuit Court of Mobile, Alabama to be on July 9, 2007 and the above styled cause set for trial on July 10, 2007 which is why the undersigned did not inform the court of the conflict at the status conference.

4. The defendant has contacted counsel for the United States who does not oppose a continuance to the next trial term for the above cited reasons.

5. Counsel for co-defendant Jones has not been contacted due to co-counsel's representation of the defendant for sentencing in the United States of America v. Don Siegleman, et al.. The undersigned believes that due to co-counsel's representation in the matter involving Mr. Siegleman, there would be no opposition to a continuance.

Wherefore, premises considered, the undersigned prays that this Court grant his motion to continue.

Respectfully Submitted

\_\_\_/s/ Joe M. Reed_____
Joe M. Reed
Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

### Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 28th day of June, 2007.

\_\_/s/ Joe M. Reed_____
Joe M. Reed