IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | **Case No. 2:06-CR-215** |
| **SANTO COLEMAN, et al.** ) | |

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

Now comes the defendant, by and through the undersigned, and hereby moves this Honorable Court to change his pre-trial reporting status from home detention to curfew status. As grounds for such motion the undersigned submits the following:

1. Santo Coleman has been on pre-trail release home detention, via electronic monitoring since December 2006.

2. He has complied with all terms and conditions of his release per the order of this Court.

3. Officer Bernard Ross has no objection to the reduction from home detention status to curfew status.

4. The defendant is asking for a curfew to accommodate his employment status and preparation for trial. He would still be subject to electronic monitoring.

5. Such curfew would begin at 4:00 a.m. and last no longer than 8:00 p.m.

6. Defendant Coleman does not believe that there would be an objection by the United States in this matter.

Wherefore premises considered, the defendant prays that this Court grant his motion.

                                          Respectfully Submitted,

                                          /s/ Joe M. Reed
                                          Joe M. Reed
                                          Attorney for Defendant

Address of Counsel:
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 17th day of July, 2007.

                                          /s/ Joe M. Reed
                                          Joe M. Reed