IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-JFD |
| | ) | |
| SANTO COLEMAN | ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions of pretrial release (Doc. # 146), filed July 17, 2007, and for good cause, it is

ORDERED that the motion is GRANTED to the extent that the conditions of defendant's pretrial release are hereby MODIFIED to permit him to work, with his electronic monitoring adjusted to curfew status (that is, he will be on curfew between the hours of 4:00 a.m. and 8:00 p.m.).

It is further

ORDERED that the Pretrial Services/ Probation Officer shall take the necessary action needed to adjust defendant's electronic monitoring to curfew status.

DONE, this 19th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE