IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.2:06-215-MEF |
| ) | |
| **SANTO COLEMAN, et al.** ) | |

**RESPONSE TO SHOW CAUSE ORDER**

Now comes the defendant, by and through the undersigned, and hereby shows unto this Honorable Court that he does not oppose the continuance as requested by co-counsel for grounds previously stated in co-counsels motion to continue.

Respectfully Submitted,

/s/ Joe M. Reed

_____

Joe M. Reed
Attorney for Defendant

**Certificate of Service**

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 31st day of July, 2007.

  /s/ Joe M. Reed_____
Joe M. Reed