IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No.2:06-215-MEF |
| | ) | |
| **SANTO COLEMAN, et al.** | ) | |

**MOTION TO END ELECTRONIC MONITORING**

Now comes the defendant, by and through the undersigned, and hereby moves this honorable court to have him released from electronic monitoring. As grounds for such motion, the undersigned hereby shows the following:

1. The defendant was placed on electronic monitoring approximately one year ago as part of the terms and conditions of his release from the custody of the United States Marshal.

2. Since his release, the case has been continued multiple times and each time the defendant has made all appearances before this court when summoned to do just as he promised in August of 2006, and just as he promised again in November of 2006.

3. The defendant has stable employment and a permanent address where he can be reached by the court or any officer of the court prior to trial, if necessary

4. The defendant has not violated any of the terms and conditions of his release from custody nearly one year ago which would warrant continued electronic monitoring.

5. The defendant is currently on the lowest level of supervision (curfew status) and

   the defendant's supervising pre-trial release officer has no objection to ending the electronic monitoring.

6. There is no evidence before the court that would suggest the need for continued electronic monitoring.

7. The case has been continued until January 14, 2008, where it is set for trial and such termination of electronic monitoring would not pose a threat to the community at large and would ease the financial burden of the cost of such monitoring to the defendant.

Wherefore, premises considered, the defendant prays that the court grant his motion.

                                                                        Respectfully Submitted,

                                                                        /s/ Joe M. Reed
                                                                        _____
                                                                        Joe M. Reed
                                                                        Attorney for Defendant

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 19th day of November, 2007.

                                                                        __/s/ Joe M. Reed_____
                                                                        Joe M. Reed