IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**ORDER**

Upon consideration of defendant's motion to end electronic monitoring (Doc. # 190), filed November 20, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 29th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE