**IN THE UNTIED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | Case No. 2:06-CR-215 |
| **SANTO COLEMAN, et al.** ) | |

## MOTION TO CONTINUE

Now comes the defendant, by and through the undersigned, and hereby moves this Honorable Court to continue to the above styled cause. As grounds for such motion the undersigned submits the following:

1. The above styled cause is set for trial on January 14, 2007 at 9:00 a.m.

2. The undersigned has a conflict in that he has to appear in the Circuit Court of Montgomery, Alabama on January 14, 2007 for trial in a matter set prior to this court's order setting trial.

3. The undersigned informed the court at the status conference of a possible conflict and that a continuance might be filed. The undersigned has attempted to resolve the conflict with the parties in the state court matter so as not to delay the proceedings in this matter. However those efforts have been unsuccessful.

4. The defendant has contacted counsel for the United States as well as counsel for the co-defendant, and neither opposes a continuance. The undersigned and opposing counsel and counsel for the co-defendant have been, and are still trying, to agree on a date without any conflict.

5. No speedy trial issues are involved and the defendants are out on bail complying with the orders of the court.

Wherefore, premises considered, the undersigned prays that this Court grant his motion to continue until the next trial term.

                                      Respectfully Submitted

                                      ___/s/_ Joe M. Reed_____
                                      Joe M. Reed
                                      Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 2nd day of January, 2008.

                                      __/s/ Joe M. Reed_____
                                      Joe M. Reed