IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CASE NO. 2:06cr215-MEF |
| ) | |
| **ALBERTO VILLAREAL,** ) | |
| **HARRY EDWARD JONES, III,** ) | |
| **and SANTO COLEMAN** ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 18th day of March, 2008.

                                      LEURA G. CANARY
                                    UNITED STATES ATTORNEY

                                    **/s/Tommie Brown Hardwick**
                                    TOMMIE BROWN HARDWICK
                                    Assistant United States Attorney
                                    Bar Number: ASB4152 W86T
                                    131 Clayton Street
                                    Montgomery, Alabama 36104
                                    Phone: (334) 223-7280
                                    Fax: (334) 223-7135
                                    E-mail: tommie.hardwick@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              Respectfully submitted,

                                              **/s/Tommie Brown Hardwick**
                                              TOMMIE BROWN HARDWICK
                                              Assistant United States Attorney