IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  2:06-cr-215-MEF |
| | ) | |
| HARRY EDWARD JONES, III | ) | |
| SANTO COLEMAN | ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the following questions be propounded to the jury venire in the above-captioned case, and that any further inquiry into a particular response to any of the following questions be heard privately at the bench.

Respectfully submitted this the 31st day of March, 2008.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> */s/ Nathan D. Stump*
> Nathan D. Stump
> Assistant United States Attorney
> United States Attorney's Office
> 131 Clayton Street
> Montgomery, Alabama   36104
> Tel: (334) 223-7280
> Fax: (334) 223-7135
> nathan.stump@usdoj.gov

1. Has anyone here ever had an unpleasant experience involving law enforcement, other than a traffic offense?

2. Do any of you have any physical problems which will interfere with your service as a juror, or will prevent you from reading the documents that are introduced into evidence or from hearing the testimony that will come from the witness stand?

3. Do any of you have any beliefs, whether they may be moral, religious, philosophical or otherwise that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment of another person?

4. Is there anyone who cannot decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and decide it without bias, prejudice, or sympathy?

## **CERTIFICATE OF SERVICE**

I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 31st day of March, 2008, I electronically filed the foregoing Proposed Voir Dire with the Clerk of the Court using the CM/ECF system, which automatically served a copy of the foregoing on counsel for defendants Harry Edward Jones, III, and Santo Coleman, and all counsel of record.

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov