IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

## VERDICT

1. We, the Jury, find the Defendant SANTO COLEMAN (place an X on the appropriate line)

    __X__    GUILTY

    _____    NOT GUILTY

    as charged in Count One of the indictment.

[Note: If you find the Defendant not guilty as charged in Count One, you need not consider paragraph 2 below.]

2. We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he conspired to possess with intent to distribute cocaine in the amount shown (place an X on the appropriate line):

    _____    Weighing 5 kilograms or more

    __X__    Weighing 500 grams or more

    _____    Weighing less than 500 grams

SO SAY WE ALL.

_____
Foreperson

Date: __04/11/08__