IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                       ) | Case No.2: 06-CR-215 |
| ) | |
| SANTO COLEMAN, et al.       ) | |

## MOTION FOR NEW TRIAL

COMES NOW the defendant, Santo Coleman, by and through counsel, respectfully moves this Court to set aside the verdict and judgment rendered in this cause and to enter a judgment of acquittal in favor of the defendant on the following grounds, separately and severally:

1. The evidence produced at the trial of this case was insufficient to support the verdict and judgment of the jury finding the defendant guilty of the allegations in the indictment.

2. The United States' evidence in this case merely showed the defendant's presence at a so-called drug exchange, telephone calls between his number and a co-conspirator and flight from police, which is insufficient evidence to sustain a conviction. *U.S. v. Pintado* 715 F.2d 1501 (11th Cir. 1983).

3. The government's chief witness, Alberto Villarreal on whose statement to police describing where the alleged conspiracy was planned, recanted and contradicted his earlier statement to police.

4. The United States of America failed to produce sufficient evidence to support a finding of guilt beyond a reasonable doubt of each and every element of the offense of Conspiracy to Possess and Distribute Cocaine.

5. The evidence produced at trial failed to exclude every reasonable hypothesis except that of the guilt of the defendant.

6. The court erred when it did not grant objections made by the defendant.

7. The evidence produced by the United States of America at trial failed to exclude the reasonable hypothesis that someone other than the defendant committed the acts alleged in the indictment.

8. The evidence produced in the trial of this case was insufficient to support that a conspiracy exited and that Santo Coleman knew of the conspiracy between Alberto Villarreal and Ricardo Enriquez and that Santo Coleman willfully joined in the conspiracy.

9. The verdict of the jury was contrary to the law applicable to the facts of this case.

10. The district court erred when it granted the United States' first motion to continue the trial in this case in order to obtain their fugitive witness Alberto Villarreal. Such continuance, if it was not granted, would have resulted in the United States running afoul of the Speedy Trial Act.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed (REEO45)
Attorney for Santo Coleman

Address of Counsel:
Joe M. Reed, Esq.
524 South Union Street
Montgomery, Alabama 36104
(334) 834-2000 Tel.
(334) 834-2088  Fax

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to  the Honorable Steve Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 18th  day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joe M. Reed
　　　　　　　　　　　　　　　　　　　　　　Joe M. Reed