IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion for New Trial (Doc. # 224) and the evidence presented at the trial in this case, the Court finds that the evidence was not insufficient to sustain a conviction pursuant to Rule 29 of the Federal Rules of Criminal Procedure. Accordingly, it is hereby

ORDERED that Defendant's Motion for New Trial is DENIED.

Done this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE