| | COURTS EXHIBITS | | | | UNITED STATES OF AMERICA | | |
|---|---|---|---|---|---|---|---|
| | CR NO. 2:06CR215-MEF | | | | vs SANTO COLEMAN | | |
| **SENTENCING 7/11/2008** | | | | | **PRESIDING JUDGE: MARK E. FULLER** | | |
| **exhibits with court file in separate binder** | | | | | **Court Reporter: Patricia Starkie** | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 7-11-08 | 7-11-08 | 1 | | | Letters in Support of Santo Coleman | |