IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHALS
TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshals, Middle District of Alabama, to release Santo Coleman into the custody of Sergeant Joe Herman, ABI Cold Case Squad, DEA Special Agents Neill Thompson and Mark Harrell, or any other DEA agent assigned to the Montgomery resident office from September 5, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. The Government further moves the Court to enter an order directing the agents to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 4th day of September, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7135
Email: nathan.stump@usdoj.gov

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>SANTO COLEMAN          ) | CR. NO.  2:06cr215-MEF |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record, including Joe Reed, Esq., counsel for defendant.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 2:06cr215-MEF |
| ) | |
| SANTO COLEMAN ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner filed on September 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Santo Coleman, from September 5, 2008, through December 31, 2008, into the custody of Sergeant Joe Herman, ABI Cold Case Squad, DEA Special Agents Neill Thompson and Mark Harrell, or any other DEA agent assigned to the Montgomery resident office, so that said agent(s) can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that said agent(s) shall return said prisoner into the custody of the United States Marshals Service when finished with him.

DONE this _____ day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE