IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr215-MEF |
| | ) | |
| SANTO COLEMAN | ) | |

**ORDER**

Upon consideration of the government's motion for release of prisoner filed on September 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Santo Coleman, from September 5, 2008, through December 31, 2008, into the custody of Sergeant Joe Herman, ABI Cold Case Squad, DEA Special Agents Neill Thompson and Mark Harrell, or any other DEA agent assigned to the Montgomery resident office, so that said agent(s) can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that said agent(s) shall return said prisoner into the custody of the United States Marshals Service when finished with him.

DONE this 4th day of September, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE